IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 06-377 |
| ANTOINE NORMAN | : | |

### O R D E R

**AND NOW**, this   18th   day of   October  , 2011, upon consideration of Defendant Antoine Norman's Motion for a New Trial Pursuant to Rule 33 (Doc. No. 409), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**